IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **JOHN E. KOLB,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-cv-00053 |
| | § | |
| **JP MORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| *Defendant*. | § | |

<u>**JOINT NOTICE OF SETTLEMENT**</u>

Plaintiff JOHN KOLB ("*Plaintiff*") and Defendant JPMORGAN CHASE BANK, N.A. ("*Chase*," and collectively with Plaintiff, the "*Parties*") hereby file this Joint Notice of Settlement of Claims (the "*Notice*") and notify the Court of the following:

1. The Parties hereby notify the Court they have reached a settlement of their dispute in principle.

2. The Parties are currently in the process of preparing a formal, written settlement agreement and anticipate filing with the Court a Stipulation of Dismissal with Prejudice within 60 days.

    Respectfully submitted,

    By: */s/ Kathryn B. Davis*
    **GREGG D. STEVENS**
    Texas State Bar No. 19182500
    **MCGLINCHEY STAFFORD PLLC**
    Three Energy Square
    6688 N. Central Expressway, Ste. 400
    Dallas, Texas 75206
    Telephone: (214) 445.2445
    Facsimile: (214) 445.2450
    gstevens@mcglinchey.com

**KATHRYN B. DAVIS**
Texas State Bar No. 24050364
**MCGLINCHEY STAFFORD PLLC**
1001 McKinney Street, Ste. 1500
Houston, Texas 77002
Telephone: (713) 335-2136
Facsimile: (713) 520-1025
kdavis@mcglinchey.com

**STEPHEN T. MASLEY**
Texas State Bar No. 24128779
**MCGLINCHEY STAFFORD PLLC**
1020 Highland Colony Parkway, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2313
Facsimile: (769) 524-2331
smasley@mcglinchey.com
*ATTORNEYS FOR DEFENDANT J.P. MORGAN CHASE*

**and**

*/s/John T. McDowell by permission*
**JOHN T. MCDOWELL**
Federal Bar No. 4474
Texas Bar No. 13570850
**MCDOWELL LAW GROUP, L.L.P.**
603 Avondale Street
Houston, Texas 77006
Telephone (713) 655-9595
Facsimile (713) 655-7868
jtm@houstontrialattorneys.com
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record, in accordance with Federal Rules of Civil Procedure.

*/s/ Kathryn B. Davis*
**KATHRYN B. DAVIS**

22559564.1