**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHN E. KOLB** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:21-cv-00053** |
| | § | |
| | § | |
| **J.P. MORGAN CHASE BANK N.A.** | § | |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

To the Honorable Judge of Said Court:

Plaintiff John E. Kolb, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismisses with prejudice all claims against Defendant J.P. MORGAN CHASE BANK N.A..

The Parties stipulate and agree that each will bear their own attorney's fees, costs, and expenses in this matter.

Respectfully submitted,

**MCDOWELL LAW GROUP, L.L.P.**

*/s/ John T. McDowell*
John T. McDowell
jtm@houstontrialattorneys.com
Federal Bar No. 4474
Texas Bar No. 13570850
603 Avondale Street
Houston, Texas 77006
Telephone      (713) 655-9595
Facsimile      (713) 655-7868
**ATTORNEY FOR PLAINTIFF**

**And**

*/s/ Kathryn B. Davis*
GREGG D. STEVENS
Texas State Bar No. 19182500
MCGLINCHEY STAFFORD PLLC
Three Energy Square
6688 N. Central Expressway, Ste. 400
Dallas, Texas 75206
Telephone: (214) 445.2445
Facsimile: (214) 445.2450
gstevens@mcglinchey.com

KATHRYN B. DAVIS
Texas State Bar No. 24050364
MCGLINCHEY STAFFORD PLLC
1001 McKinney Street, Ste. 1500
Houston, Texas 77002
Telephone: (713) 335-2136
Facsimile: (713) 520-1025
kdavis@mcglinchey.com

STEPHEN T. MASLEY
Texas State Bar No. 24128779
MCGLINCHEY STAFFORD PLLC
1020 Highland Colony Parkway, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2313
Facsimile: (769) 524-2331
smasley@mcglinchey.com
***ATTORNEYS FOR DEFENDANT J.P.
MORGAN CHASE***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 26, 2023, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record, in accordance with Federal Rules of Civil Procedure.

*/s/   John T. McDowell*
John T. McDowell